435 A.2d 273

Commonwealth v. Stewart, Appellant.

Submitted December 5, 1980.

Arthur G. Girton, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The appeal is hereby quashed.

435 A.2d 273

Commonwealth v. Taylor, Appellant.

Argued December 2, 1980. Robert S. Robbins, for appellant; Kenneth Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.